*O. Send*

FILED
CLERK, U.S. DISTRICT COURT

JUN 6 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: O6-614 JFW |
| Plaintiff, | ORDER OF DETENTION |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| *Andranik Abseralyn* | |
| Defendant. | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _U S DC Cal_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _lies to foreign country/travel; failures_

1   to appear; nature of alleged violation

2

3

4   and/or

5   B.   (✓)   The defendant has not met his/her burden of establishing by

6   clear and convincing evidence that he/she is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c). This finding is based

9   on: pub record, nature of alleged violation

10

11

12

13

14   IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated: June 6, 2007

18

19

20                            UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28